| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Archer, Jr., Glenn L | 2. Court or Organization Ct. of Appeals Federal Circuit | 3. Date of Report 05/12/05 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Circuit Judge | 5. Report Type (check appropriate type) ○ Nomination  Date ○ Initial  (●) Annual  ○ Final | 6. Reporting Period 01/01/04 to 12/31/04 |
| 7. Chambers or Office Address 717 Madison Pl., N.W. Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sec'y-Treas. | Glennar Farms (_____ Farm) Yellow Springs, W.Va. |
| 2. | Trustee | Sherman Foundation (Charitable Foundation) Newport Beach, Ca. |
| 3. | Trustee | Trust #2 (See part VII) |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 16 P 2:31 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. monthly | Alaska retirement annuity |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | University Club, Washington.DC | Honorary Membership | $1,500 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Archer, Jr., Glenn L | 05/12/05 |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 6

Name of Person Reporting
Archer, Jr., Glenn L

Date of Report
05/12/05

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Colchester Corp. com | | None | J | W | | | | | |
| 2. Glenmar Farms Inc. com | | None | L | W | | | | | |
| 3. IRA #1 -Harris Direct | A | Int &Div | K | T | | | | | |
| 4. _Microsoft com | | | | | | | | | |
| 5. _Lucent com | | | | | | | | | |
| 6. _Avaya com | | | | | | | | | |
| 7. _Cisco com | | | | | | | | | |
| 8. _Agere Sys Inc Cl A & B | | | | | | | | | |
| 9. _Harris Direct Money Market Funds | | | | | | | | | |
| 10. IRA #2 - Harris Direct | A | Int & Div | K | T | | | | | |
| 11. _Cisco com | | | | | | | | | |
| 12. _Intel com | | | | | | | | | |
| 13. _Lucent com | | | | | | | | | |
| 14. _Microsoft com | | | | | | | | | |
| 15. _Applied Materials com | | | | | | | | | |
| 16. _Harris Direct Money Market Funds | | | | | | | | | |
| 17. Harris Direct - Brokerage Acct | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q - Appraisal   R = Cost (Real Estate Only)   S = Assessment   T - Cash/Market
(See Column C2)   U = Book Value   V - Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/12/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. _Microsoft com | A | Dividend | J | T | | | | | |
| 19. _Md. Health & Educ Bond | A | Interest | K | T | | | | | |
| 20. _Harris Direct Money Market Funds | A | Interest | J | T | | | | | |
| 21. Trust #1 ( Tr) at Harris Direct | D | Int & Div | M | T | | | | | |
| 22. _Alliance Cap Mgmt com | | | | | | | | | |
| 23. _Amazon com | | | | | | | | | |
| 24. _AT&T com | | | | | | | | | |
| 25. _AT&T Wireless com | | | | | Sold | 10/27 | J | A | |
| 26. _Barnes & Noble com | | | | | | | | | |
| 27. _Borders com | | | | | | | | | |
| 28. _American El Power com | | | | | | | | | |
| 29. _Cisco com | | | | | | | | | |
| 30. _Intel com | | | | | | | | | |
| 31. _Equity One com (formerly IRT Prop com) | | | | | | | | | |
| 32. _Microsoft com | | | | | | | | | |
| 33. _Pfizer com | | | | | | | | | |
| 34. _Harris Direct Money Market Funds | | | | | | | | | |
| 35. _Gamestop Corp comB | | | | | Spin off | 11/18 | J | A | from Barnes & Noble |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $60,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501- 5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/12/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. _Comcast com | | | | | Buy | 1/2 | J | | |
| 37. Real Property - Fawnskin, Ca | | None | N | W | Buy | 6/01 | N | | Nat'l R E Network, Ca. |
| 38. Real Property - Fawnskin, Ca | A | Rent | L | R | Sold | 9/1 | M | E | R.Eskay, Fawnskin, Co. |
| 39. Real Property - Las Vegas, NV | B | Rent | ل | R | | | | | |
| 40. Trust #2 - Merrill Lynch | D | Int & Div | N | T | Sale | Vario | N | E | See Comments |
| 41. _Merrill L Money Market Funds | | | | | | | | | |
| 42. _Household Fin Bonds 15Nov06 | | | | | | | | | |
| 43. _Montgomery Co Md Bonds 1Jan10 | | | | | Sold | 5/13 | K | A | |
| 44. _Baltimore Md Port Bond 1Dec10 | | | | | | | | | |
| 45. _Prince Georges Co Md Pub Impt Bond 15Mar11 | | | | | Sold | 3/11 | J | A | |
| 4_. _St Marys Co Md Bdg Bond 15 Jul12 | | | | | Sold | 1/15 | J | A | |
| 47. _Queen Annes Co Md Scl Bonds 15Jan13 | | | | | | | | | |
| 48. _Md St Comm Dev Bond 1Apr13 | | | | | | | | | |
| 49. _Md St Trans Bond 1Jul13 | | | | | Sold | 7/1 | J | A | |
| 50. _Baltimon: Co Pub Imp Bonds 15 Oct15 | | | | | | | | | |
| 51. _Md St Health Bond 15Aug18 | | | | | | | | | |
| 52. _Md St Hlth Easton Bond 1Jul19 | | | | | | | | | |
| 53. _Md St Hlth-Hgh Ed Bonds 1Jul20 | | | | | Sold | 2/13 | K | A | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)  U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L | 05/12/05 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(x)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. _Md St Indl Dev Bond 15Aug20 | | | | | | | | | |
| 55. _St Marys Coll Md Bonds 1Sept20 | | | | | | | | | |
| 56. _Md Hlth Suburban Hosp Bonds 1Jul21 | | | | | Sold | 7/6 | K | A | |
| 57. _Balt Co Md Met Bond 1Jun23 | | | | | | | | | |
| 58. _Md St Hlth Jhn Hopkins Bond 1Jul23 | | | | | Sold | 3/11 | J | A | |
| 59. _Md St Hlth Hghr Ed Bond1Jul23 | | | | | Sold | 1/13 | J | A | |
| 60. _Md St Hlth Johns Hop Bonds 1Jul23 | | | | | Sold | 5/8 | J | A | |
| 61. _Md St Hlth Hghr Ed Bonds 1Jul23 | | | | | Sjold | 5/7 | J | A | |
| 62. _Montgomery Co Md Bonds 15Feb24 | | | | | | | | | |
| 63. _Baltimore Md Rev Bonds 1Jul28d | | | | | | | | | |
| 64. _Md St Hlth Hghr Ed Bonds 1Jul27 | | | | | | | | | |
| 65. _St Marys Coll Md Bonds 1Sept27 | | | | | | | | | |
| 66. _Md St Hlth Bonds 15Aug28 | | | | | | | | | |
| 67. _Balt Co Md Bonds 1Sept28 | | | | | Sold | 5/27 | J | A | |
| 68. _Md St Hlth Hghr Ed Bonds 1Jul29 | | | | | | | | | |
| 69. _Md St Hlth Hef Bonds 1Jan33 | | | | | | | | | |
| 70. _Allegheny Energy com | | | | | Sold | 5/12 | K | D | |
| 71. _Bank of America com | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$60,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = S more than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Archer, Jr., Glenn L. | 05/12/05 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. _Bristol-Myers Squibb com | | | | | Sold | 5/12 | J | B | |
| 73. _Consolidated Edison com | | | | | Sold | 5/12 | J | A | |
| 74. _Constellation Energy com | | | | | | | | | |
| 75. _Centerpoint Energy com | | | | | Sold | 5/12 | J | C | |
| 76. _Carramerica Realty com | | | | | | | | | |
| 77. _DTE Energy com | | | | | Sold | 5/12 | J | A | |
| 78. _Dominion Resources com | | | | | | | | | |
| 79. _Entergy Corp com | | | | | Sold | 5/13 | K | B | |
| 80. _Eastman Kodak com | | | | | Sold | 5/12 | J | A | |
| 81. _FPL Group com | | | | | | | | | |
| 82. _Great Plains Energy com | | | | | Sold | 5/12 | J | C | |
| 83. _Hospitality Pptys Trust com | | | | | | | | | |
| 84. _Host Marriott Corp com | | | | | | | | | |
| 85. _K Mart com | | | | | | | | | |
| 86. _Mills Corp com | | | | | | | | | |
| 87. _Marriott Intl com | | | | | Sold | 5/13 | K | D | |
| 88. _Mirant Corp com | | | | | | | | | |
| 89. _McDonalds com | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 6

Name of Person Reporting
Archer, Jr., Glenn L

Date of Report
05/12/05

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 90. _Northeast Utils com | | | | | Sold | 5/12 | J | A | |
| 91. _PNM Resources com | | | | | Sold | 5/12 | J | A | |
| 92. _PEPCO Holdings com | | | | | Sold | 5/12 | J | A | |
| 93. _Pub Svc Enterprise com | | | | | Sold | 5/12 | J | A | |
| 94. _Reliant Resources com | | | | | Sold | 5/12 | J | C | |
| 95. _Scana Corp com | | | | | | | | | |
| 96. _Southern Co com | | | | | Sold | 5/12 | K | A | |
| 97. _Texas Genco Holdings com | | | | | | | | | |
| 98. _Tenneco Automotive com | | | | | Sold | 5/12 | J | A | |
| 99. _Verizon com | | | | | | | | | |
| 100. _Zimmer Holdings com | | | | | | | | | |
| 101. _Wal-Mart com | | | | | | | | | |
| 102. _Westar Energy com | | | | | | | | | |
| 103. _Nuv Md Div Fund | | | | | Sold | 5/12 | J | A | |
| 104. Trust #2 cont'd - (Not in Merrill Lynch Acct) | | | | | | | | | |
| 105. -Real Property Norton Co Ks | C | Rent & Rlty | M | W | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII. Trust #2 — Bonds were redeemed or sold and stocks were sold on various dates from Trust #2 as detailed in Part VII

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Archer, Jr., Glenn L

Date of Report

05/12/05

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                 Date _____5/12/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544